# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**CYNTHIA NIXON, ET AL.**                                         **PLAINTIFF**

**VS.**                          **CIVIL ACTION NO. 3:16-CV-20-MPM-JMV**

**ON-CALL STAFFING, INC., ET AL.**                         **DEFENDANTS**

## ORDER STAYING ALL PROCEEDINGS

Defendant, On-Call Staffing, Inc., having filed a Suggestion of Bankruptcy [39] on October 28, 2016,

**IT IS, THEREFORE, ORDERED** that all proceedings herein are STAYED until further order of the Court, pursuant to the automatic stay provided for under 11 U.S.C. § 362. Defendants shall notify this Court within seven (7) days of any resolution of the bankruptcy proceeding.

This 27th day of February, 2017.

                                                              /s/ Jane M. Virden
                                                               **UNITED STATES MAGISTRATE JUDGE**